PAUL MADDAUS v. WILLIAM GOFFEN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 940.]

∎

MORGENTHAU-SEIXAS Co., INC., v. ISAAC PUTTERMAN et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Bastow, Botein and Rabin, JJ. [See *ante*, p. 939.]

## (April 28, 1955.)

(Republished.)

∎

THOMAS J. BATA et al., as Executors of MARIE T. BATA, Deceased, Respondents, v. BATA, a.s., Appellant, and SVIT NATIONAL CORPORATION, Intervenor, Appellant.— Appeal of the defendant Bata, a.s., unanimously dismissed, with costs; judgment unanimously affirmed, with costs to the respondents against the appellant Svit National Corporation; the order of this court entered April 19, 1955, is vacated. Present — Cohn, J. P., Callahan, Breitel, Bastow and Rabin, JJ. [See *ante*, p. 1030.]

## SECOND DEPARTMENT, APRIL, 1955.

### (April 4, 1955.)

∎

HAZEL F. BITTSON, Respondent, v. PEGGY EQUITIES CORP., Appellant.— In an action to recover the amount of a loan, order directing examination before trial of appellant, by its president, affirmed, with $10 costs and disbursements; examination to proceed on ten days' notice. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.